# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRIC LEE WILEY,<br><br>Petitioner,<br><br>v.<br><br>PAUL COPENHAVER, WARDEN,<br><br>Respondent. | Case No. 1:14-cv-02093-SMS HC<br><br>ORDER TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

On December 31, 2014, Petitioner Dedric Lee Wiley filed this *pro se* petition for writ of habeas corpus in this Court, alleging that his federal constitutional rights were violated by errors in disciplinary proceedings at the United States Prison-Atwater, California, where he was then confined. On March 3, 2015, Petitioner advised the Clerk of Court that he had moved to the United States Prison-Victorville, California.

A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the warden of the institution in which the petitioner is confined. *Rumsfield v. Padilla*, 542 U.S. 426, 434 (2004). In this case, following Petitioner's recent transfer, the proper respondent is the Warden of the United States Prison-Victorville, California. Because the habeas petition must be reviewed by the district court in the district where the petitioner is confined (*United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984)), this Court must transfer the petition to the District Court for Central District of California.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **March 5, 2015**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1