O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEDRIC LEE WILEY,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL COPENHAVER, Warden,<br><br>   Respondent. | No. ED CV 15-00451-CAS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: August 11, 2015

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
United States District Judge