JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DEDRIC LEE WILEY, | No. ED CV 15-00451-CAS (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: August 11, 2015

_____
CHRISTINA A. SNYDER
United States District Judge